UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRANQUILINO CANDIA,
*on behalf of himself
and FLSA Collective Plaintiffs,*

        Plaintiff,

-against-

DIMI GYRO LLC,
d/b/a CHIRPING CHICKEN, et al.,

        Defendants.

---

18 CV 7627

**STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER**

    IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that the time for Defendants to answer, move or otherwise respond with respect to the Complaint in the above matter is hereby extended through and including November 2, 2018. There has been no previous request for an extension of time.

    IT IS FURTHER STIPULATED AND AGREED, that Defendants also agree to (i) consent to the jurisdiction of the Court, (ii) waive all defenses to invalid service of process and (iii) accept service of the Complaint and all amendments thereon.

For the Defendants:

By: _____
Patricia R. Lynch, Esq.
Sacco & Fillas, LLP
31-19 Newtown Avenue, 7th Floor
Astoria, New York 11102
Telephone: (718) 269-2240
Fax: (718) 425-9752
plynch@saccofillas.com

Date: October 3, 2018

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: 10/4/18

SO ORDERED

_____
U.S.D.J.

_____
Dated