IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRANQUILINO CANDIA, *on behalf of himself, FLSA Collective Plaintiffs, and the Class*, <br><br>                              Plaintiff, <br><br> v. <br><br> DIMI GYRO LLC d/b/a CHIRPING CHICKEN, PANATHA CHICKEN LLC d/b/a CHIRPING CHICKEN, BARUCH CHICKEN LLC d/b/a CHIRPING CHICKEN, 81 STREET CHICKEN CORP d/b/a CHIRPING CHICKEN, DEMETRIS PAPAS, and MICHALIS KOKKINOS, <br><br>                              Defendants. | <u>Case No.</u>: 1:18-cv-7627-RWL <br><br><br> **NOTICE OF MOTION** |

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion to Enforce the Settlement Agreement, and the accompanying Declaration of Anne Seelig, Plaintiff Tranquilino Candia will move this Court for an order (1) entering judgment against Defendants in the amount of $18,524.52 due to Defendants' failure to comply with the Court-approved settlement agreement; (2) ordering that Defendants provide the documents required by the Settlement Agreement; and (3) awarding Plaintiff's counsel additional attorneys' fees in the amount of $2,150 for the time Plaintiff's counsel has spent in connection with the enforcement of the Agreement.

A proposed order is attached hereto as **Exhibit A**. A proposed judgment is attached hereto as **Exhibit B**.

Dated: March 25, 2021

                                         Respectfully submitted,

                                         LEE LITIGATION GROUP, PLLC

                                         By: */s/ Anne Seelig*
                                         Anne Seelig (AS 3976)
                                         148 W. 24th Street, Eighth Floor
                                         New York, NY 10011
                                         Tel.: 212-661-1008
                                         Fax: 212-465-1181
                                         ***Attorney for Plaintiff***