```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TRANQUILINO CANDIA,

                Plaintiff,

      - against -

DIMI GYRO LLC, et al.,

                Defendants.
---------------------------------------------------------------X

18-CV-7627 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff has filed a second motion to enforce settlement agreement. (Dkt. 81.) Any response by Defendants must be filed by **April 9, 2021**. In the absence of any response, the Court will enter a judgment accordingly.

                              SO ORDERED.

                              _____
                              ROBERT W. LEHRBURGER
                              UNITED STATES MAGISTRATE JUDGE

Dated:  March 26, 2021
           New York, New York

Copies transmitted this date to all counsel of record.